IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRANDON SYLVESTER,              ) | |
|     )  | |
|   Plaintiff,          ) | |
|     ) | CIVIL ACTION NO. |
|   v.                  ) | 2:24cv306-MHT |
|     ) | (WO) |
| ROBERT ROWLINS and              ) | |
| JIMMIE BRAYBOY,                 ) | |
|     ) | |
|   Defendants.         ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and failure to follow an order of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of August, 2024.

                                   /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**