IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRANDON SYLVESTER,             )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       2:24cv306-MHT
                               )            (WO)
ROBERT ROWLINS and             )
JIMMIE BRAYBOY,                )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and failure to follow an order of the court.

(3) Plaintiff's application to proceed without prepayment of fees (Doc. 2) is denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of August, 2024.

                                           /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE